

# Fourth Court of Appeals
## San Antonio, Texas

January 22, 2020

No. 04-20-00024-CV

**IN RE USAA GENERAL INDEMNITY COMPANY**

Original Mandamus Proceeding[1]

**ORDER**

On January 14, 2020, relator filed a petition for writ of mandamus. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on January 22, 2020.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of January, 2020.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2017CI10598, styled *Adam Reising v. Sue Ann Baldor and USAA General Indemnity Co.*, pending in the 408th Judicial District Court, Bexar County, Texas, the Honorable Angelica Jimenez presiding.